QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Armando de la Herran Meza


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )   No. CR S-05-189 LKK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LUIS ARMANDO DE LA HERRAN MEZA, et al., | )   **PROPOSED ORDER** |
| | ) |
| Defendant. | ) |
| _____ | ) |

The above captioned matter came on for status conference on July 12, 2005 at 9:30 a.m.  The government was represented by Assistant United States Attorney Mary Grad.  Defendant Meza was represented by Federal Defender Quin Denvir.  Defendant Lopez-Sanchez was represented by Lorie Teichert.  Defendant Felix was represented by Robert Sherman Wynne.  The parties agreed that the matter should be continued for further status conference on August 9, 2005 at 9:30 a.m. and the Court so ordered.  Defendant Meza has requested a substantial amount of additional discovery from the government, and the government is in the process of responding to that request.  The parties agreed that time should be excluded through August 9, 2005 under Local Code T-4 and the Court so ordered.

DATED: July 15, 2005          /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              Senior United States District Judge