QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Armando de la Herran Meza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS ARMANDO DE LA HERRAN MEZA, et al.,<br><br>　　　　　Defendant. | No. CR S-05-189 LKK<br><br><br><br><br><br>**ORDER** |

　　　　The above captioned matter came on for status conference on August 9, 2005 at 9:30 a.m.  The government was represented by Assistant United States Attorney Mary Grad.  Defendant Meza was represented by Federal Defender Quin Denvir.  Defendant Lopez-Sanchez was represented by Lorie Teichert.  Defendant Felix was represented by Robert Sherman Wynne.  The parties agreed that the matter should be continued for further status conference on September 7, 2005 at 9:30 a.m. and the Court so ordered.  The government has recently provided a substantial amount of additional discovery which counsel requires time to analyze and discuss with their clients.  The parties require time to discuss a possible resolution.  The parties agreed that time should be excluded through September 7, 2005 under Local Code T-4 and the Court so ordered.

DATED: August 9, 2005　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　　HONORABLE LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　Senior United States District Judge