QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Armando de la Herran Meza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS ARMANDO DE LA HERRAN MEZA, et al.,<br><br>　　　　　Defendant. | No. CR S-05-189 LKK<br><br>**ORDER** |

　　　　The above-captioned matter came on for status conference on September 7, 2005 at 9:30 a.m.  The government was represented by Assistant United States Attorney Mary Grad.  Defendant Herran-Meza was represented by Federal Defender Quin Denvir.  Defendant Lopez-Sanchez was represented by Lorie Teichert.  Defendant Meza-Felix was represented by Federal Defender Quin Denvir, specially appearing for Robert Sherman Wynne, with the defendant's consent.  At the request of the parties, the case was continued to Tuesday, September 27, 2005 at 9:30 a.m. and time was excluded through that date under Local Code T-4 to allow the parties to discuss possible resolution of the case without the need for a trial.

DATED: September 9, 2005

　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　HONORABLE LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　Senior, United States District Judge