QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Armando de la Herran Meza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-05-189 LKK |
| Plaintiff, | |
| v. | |
| LUIS ARMANDO DE LA HERRAN MEZA, et al., | **ORDER** |
| Defendant. | |

The above-captioned matter came on for status conference on September 27, 2005.  Plaintiff United States of America was represented by Assistant United States Attorney Mary Grad.  Defendant Luis Armando de la Herran Meza was represented by Federal Defender Quin Denvir.  Defendant Jorge Meza-Felix was represented by Robert Sherman Wynne.  At the request of the parties, the status conference was continued to October 25, 2005 at 9:30 a.m. and time was excluded until that date under Local Code T-4.  Counsel stated that the government had just recently provided fingerprint evidence, and that the defense needed additional time in which to analyze that evidence, discuss the matter further with their clients, and meet with the government to see if the matter can be resolved without a trial.

DATED: September 28, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior United States District Judge