QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Armando de la Herran Meza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | No. CR S-05-189 LKK |
| Plaintiff,     ) | |
| ) | |
| v.            ) | |
| ) | |
| LUIS ARMANDO DE LA HERRAN MEZA, et al., ) | **ORDER** |
| ) | |
| Defendant.    ) | |
| _____) | |

      The above matter came on for status conference on Tuesday, October 25, 2005.  Plaintiff was represented by Assistant United States Attorney Mary Grad.  Defendant de la Herran Meza was represented by Federal Defender Quin Denvir.  Defendant Jorge Meza-Felix was represented by Robert Wynne.  At the request of the parties, the matter was continued until Tuesday, November 8, 2005 at 9:30 a.m. for further status conference.  Time was excluded under Local Code T-4 to allow for attorney preparation and discussion of possible options with their clients.

DATED: November 1, 2005

                                      /s/ Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      Senior United States District Judge