IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   CR. No. S-05-189 LKK
            Plaintiff,     )
                           )
      v.                   )
                           )   TIME EXCLUSION ORDER
LUIS ARMANDO DE LA HERRAN MEZA )
AND JORGE MEZA FELIX,      )
                           )
            Defendants.    )
_____)

Upon motion of both parties, the Court continues the next status conference in this case to November 29, 2005 at 9:30 a.m.. According to counsel, the government has made plea offers to both defendants and defense counsel need additional time to discuss the case and to carefully review discovery with their respective clients to determine whether to take the plea offers or set the matter for trial. Thus, the requested continuance is for effective and diligent preparation.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from November 8, 2005 through November 29, 2005.

DATE: November 8, 2005              /s/ Lawrence K. Karlton
                                    HON. LAWRENCE K. KARLTON
                                    U.S. DISTRICT JUDGE