QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Luis Armando de la Herran Meza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>LUIS ARMANDO DE LA HERRAN MEZA, et al.,<br><br>           Defendant. | No. CR S-05-189 LKK<br><br>**TIME EXCLUSION ORDER** |

       Upon motion of all parties, the Court continues the next status conference in this case to December 20, 2005 at 9:30 a.m.  The government has made plea offers to both defendants, and defense counsel need additional time to discuss the case and to carefully review discovery with their respective clients to determine whether to take the plea offers or set the matter for trial.  Thus, the requested continuance is for effective and diligent preparation.

       The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from November 29, 2005 through December 20, 2005.

DATED: November 30, 2005     /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        Senior United States District Judge