DENNIS S. WAKS, Bar #152481
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS ARMANDO DE LA HERRAN MEZA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR S-05-189 LKK |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LUIS ARMANDO DE LA HERRAN MEZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above matter came on for status conference on January 4, 2006.  Plaintiff was represented by Assistant United States Attorney Mary Grad.  Defendant de la Herran Meza was represented by Assistant Federal Defender Tim Zindel.  Defendant Jorge Meza-Felix was represented by Robert Wynne.  At the request of the parties, the matter was continued to January 31, 2006, at 9:30 a.m. for further status conference.  Time was excluded under Local Code T-4 to allow for attorney preparation and consideration of pending plea offers.


DATED:  January 26, 2006        /s/ Lawrence K. Karlton
                                HON. LAWRENCE K. KARLTON
                                United States District Judge