```
DENNIS S. WAKS, #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESUS DE LA HERRAN MEZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0189 LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| LUIS DE LA HERRAN MEZA et al, ) | Date: January 31, 2006 |
| ) | Time: 9:30 a.m. |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

Plaintiff, United States of America, and defendants Luis de la Herran Meza, by his counsel, Tim Zindel, and defendant Jorge Meza Felix, by his counsel, Robert Sherman Wynne, hereby stipulate and agree that the status conference currently scheduled for January 31, 2006, should be continued to February 28, 2006 at 9:30 a.m.

Counsel for defendants have been unable to complete their discussions re a settlement of the case. The government today forwarded a proposed plea agreement to defendant Meza, who seeks time to review and discuss it. (Counsel for Mr. Meza was just assigned to the case prior to

the last appearance.)  So that these tasks may be completed, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, so that time may be excluded through February 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(a) and (b)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            MCGREGOR SCOTT
                                            United States Attorney

DATED: January 27, 2006       /s/ T. Zindel for M. Grad
                                            MARY GRAD
                                            Assistant U. S. Attorney


                                            DENNIS S. WAKS
                                            Acting Federal Defender

DATED: January 27, 2006       /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender


DATED: January 27, 2006       /s/ T. Zindel for R. Wynne
                                            ROBERT SHERMAN WYNNE
                                            Attorney at Law
                                            Attorney for Jorge Meza Felix

**O R D E R**

    The above stipulation is adopted.

    IT IS SO ORDERED.


DATED: January 27, 2006       /s/ Lawrence K. Karlton
                                            HON. LAWRENCE K. KARLTON
                                            United States District Judge